IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41162
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NICOLAS TORRES-RAMIREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-38-1
--------------------
May 2, 2002

Before DAVIS, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:*

     Nicolas Torres-Ramirez appeals his sentence following his guilty-plea conviction for illegal reentry into the United States after deportation.  Torres-Ramirez complains that the district court's written judgment stating that he was sentenced to three years' supervised release conflicts with the district court's oral pronouncement at sentencing that he was sentenced to two years' supervised release.

     Pursuant to FED. R. CRIM. P. 36, the district court has amended its written judgment to identify Torres-Ramirez's

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

supervised release sentence as two years.  The instant appeal is therefore dismissed as moot.

DISMISS APPEAL AS MOOT.